THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CARLOS RODRIGUEZ, Appellant.— Order unanimously affirmed. No opinion. Present — Dore, J. P., Cohn, Callahan, Breitel and Botein, JJ.

ALENA WHITE, Respondent, v. SCARSDALE SPENCER CORPORATION, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Dore, J. P., Cohn, Callahan, Breitel and Botein, JJ.

SALLY MARKS et al., Respondents, v. PETROLEUM EQUITIES CORPORATION et al., Appellants.— Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Dore, J. P., Cohn, Callahan, Breitel and Botein, JJ.

In the Matter of the Accounting of BANKERS TRUST COMPANY, as Ancillary Administrator with the Will Annexed of RICHARD G. ERSKINE, Deceased, Respondent. GLADYS S. ERSKINE, Appellant; GRACE P. E. KATZ et al., Respondents.— Order and decree unanimously affirmed, with costs. No opinion. Present — Dore, J. P., Cohn, Callahan, Breitel and Botein, JJ.

In the Matter of the Accounting of CITY BANK FARMERS TRUST COMPANY, as Successor Trustee under the Will of CHARLES W. HOGAN, Deceased, Respondent. DOROTHY H. DE REMER et al., Appellants.— Decree unanimously affirmed, with costs to the respondent payable out of the estate. No opinion. Present — Dore, J. P., Cohn, Callahan, Breitel and Botein, JJ. [204 Misc. 662.]

DEPARTMENT OF WELFARE OF THE CITY OF NEW YORK, Respondent, v. JAMES GOMEZ, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Dore, J. P., Cohn, Callahan, Breitel and Botein, JJ.

PEDRO J. DIAZ, as Administrator of the Estate of JORGE L. DIAZ, Deceased, Appellant, v. 146 ESSEX CORPORATION, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Dore, J. P., Cohn, Callahan, Breitel and Botein, JJ. [See *post,* p. 943.]